Jamie LANDA, Plaintiff–Appellant,

v.

Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.

No. 08–15741.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 15, 2009.

Filed Sept. 30, 2009.

Laura Lackey–Krank, Esquire, Law Offices of Rohlfing & Kalagian, Long Beach, CA, for Plaintiff–Appellant.

Geralyn A. Gulseth, Esquire, Assistant Regional Counsel, Social Security Administration, Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: TROTT and BEA, Circuit Judges, and CONLON,* District Judge.

MEMORANDUM **

We affirm for the reasons given by the Magistrate Judge in her Order entered on January 30, 2008, 2008 WL 256567.

AFFIRMED.

* The Honorable Suzanne B. Conlon, United States District Judge for Northern District of Illinois, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.